

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00131-CV

———————————————

NASIMA A. JAFFERJEE, M.D. AND RADIOLOGY ASSOCIATES OF NORTH TEXAS, P.A., Appellants

V.

JUANY ADRIANA GUAJARDO, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCISCO PEREZ CALDERON, Appellee

---

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-304984-18

---

Before Kerr, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After considering appellants Nasima A. Jafferjee, M.D. and Radiology Associates of North Texas, P.A.'s petition for permissive appeal, filed April 18, 2022, we deny the petition. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d); Tex. R. App. P. 28.3(a), (f), (j); *see also* Tex. R. Civ. P. 168.

Per Curiam

Delivered:  May 4, 2022